FILED
CLERK, U.S. DISTRICT COURT

September 5, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CRISSMAN, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ETHICON, INC., et al.,<br><br>        Defendants. | Case No. 2:20-cv-05426-SB-PLA<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE OF PLAINTIFFS' COMPLAINT PURSUANT TO PARTIES' STIPULATION** |

///
///
///
///
///
///
///
///
///

The Court hereby orders that the joint stipulation of Plaintiffs Andrea Crissman and Randall Crissman and Defendants Ethicon, Inc. and Ethicon LLC is granted.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil, Plaintiffs' Complaint filed in the above-captioned civil action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  September 5, 2021



Stanley Blumenfeld, Jr.
United States District Judge

1626019.1